**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| CHAD EUGENE CALDWELL, | CASE NO. CV 20-07676-FMO(AS) |
|               Petitioner, | **JUDGMENT** |
|     v. | |
| LOMPOC PENITENTIARY, et. al., | |
|             Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: __March 18, 2021

                                     /s/
                          FERNANDO M. OLGUIN
                UNITED STATES DISTRICT JUDGE